# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| 329 PROSPECT AVENUE CORPORATION | : | No. 17 MAL 2020 |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth |
| | : | Court |
| STATE COLLEGE BOROUGH ZONING HEARING BOARD | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| STATE COLLEGE BOROUGH | : | |
| | : | |
| | : | |
| PETITION OF: STATE COLLEGE BOROUGH | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 23rd day of June, 2020, the Petition for Allowance of Appeal is **DENIED**.